OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711
OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

FIRST CLASS

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 23. 2015

WR-83,411-01

Abel Acosta, Clerk

7/22/2015
SHEAD, DANNY LEE      Tr.Ct.No. W-19154-B-1
This is to advise that the Court has denied without written order the application for writ of habeas corpus.

DANNY LEE SHEAD 1484832